UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 05 B 53558
   DEANNA FIORDO
                                         CHAPTER 13

                                         JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-7073
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 10/13/05 and confirmed on 01/06/06.

   2. The plan is paid in full.

   3. The Debtor paid a total of $  21170.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | UNSECURED | 14815.55 | .00 | 5523.16 |
| PAYDAY LOAN STORE OF ILL | SECURED VEHIC | 300.00 | 11.25 | 300.00 |
| AMERICAN HONDA FINANCE C | UNSECURED | 8562.19 | .00 | 3191.94 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 21927.31 | .00 | 8174.38 |
| CLOVER CREEK | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF IL | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF ILL | UNSECURED | 242.90 | .00 | 90.55 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 300.00 | .00 | 45547.95 | .00 | 45847.95 |
| PRINCIPAL PAID | 300.00 | .00 | 16980.03 | .00 | 17280.03 |
| INTEREST PAID | 11.25 | .00 | .00 | .00 | 11.25 |
| TOTAL PAID | 311.25 | .00 | 16980.03 | .00 | 17291.28 |

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $     888.72 .

Refunds to the Debtor totaled $     290.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/10/09                        /s/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
      CASE NO. 05 B 53558 DEANNA FIORDO
```